IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DANIEL J. SATTIZAHN, #36201-177**, | § | |
| | § | |
| Movant/Defendant, | § | |
| v. | § | Civil Action No. **3:09-CV-2405-L** |
| | § | No. 3:07-CR-0077-L (04) |
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| Respondent/Plaintiff. | § | |

## <u>ORDER</u>

Before the court is Defendant's Motion for Relief Under 28 U.S.C. § 2255, filed December 16, 2009.  The court referred the motion to vacate to United States Magistrate Judge Irma C. Ramirez, and she entered her findings, conclusions, and recommendation on March 6, 2010.  The magistrate judge recommends dismissing this action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for want of prosecution.

Movant Daniel J. Sattizahn filed his Motion for Relief Under 28 U.S.C. § 2255 on December 16, 2009.  On January 21, 2010, the magistrate judge filed a Notice of Deficiency and Order, which ordered Movant to complete and return the appropriate form within thirty days.  The magistrate judge ordered the clerk of the court to mail Movant a copy of the order and the form motion. Movant did not comply with the court's order and file the appropriate form.  He did, however, file a motion to convert sentence in this civil action, which the magistrate judge terminated and ordered the clerk to file in the underlying criminal case.  Movant did not file any objections to the magistrate judge's findings, conclusions, and recommendation.

The court has reviewed the magistrate judge's findings and conclusions, the record, and the applicable law, and determines that the findings and conclusions are correct.  They are therefore

**accepted** as those of the court.  The court **dismisses** this action **without prejudice** for want of

prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      **It is so ordered** this 24th day of March, 2010.


                                     Sam A. Lindsay
                                     United States District Judge

**Order – Page 2**